Form a0ogrfnd
(Rev. 10/13)

# United States Bankruptcy Court
## Southern District of Ohio
## 120 West Third Street
## Dayton, OH 45402-1819

| | |
|---|---|
| In Re: Donald E Warner<br>Helen R Warner<br>Debtor(s)<br>SSN/TAX ID:<br>xxx-xx-3784<br>xxx-xx-9172 | Case No.: 3:96-bk-34897<br><br>Chapter: 13<br><br>Judge: Lawrence S. Walter |

### Order Granting Motion for Payment of Unclaimed Funds

This matter is before the Court on a Motion for Payment of Unclaimed Funds (Doc. #37) filed by Dilks & Knopik, LLC on September 29, 2016. It appears to the Court that the Motion is well taken.

THEREFORE, IT IS HEREBY ORDERED THAT the Clerk of Court shall pay the unclaimed funds in the amount of $146.36 to the order of Dilks & Knopik, LLC at the following address:

35308 SE Center St.
Snoqualmie, WA 98065

**IT IS SO ORDERED.**

_/s/ Lawrence S. Walter_
Lawrence S. Walter
United States Bankruptcy Judge

Copies to:

Default List

United States Attorney
303 Marconi Blvd., Suite 200
Columbus, Ohio 43215

FILED 2016 OCT 31 AM 8:47